I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-14-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU LUC NAY,<br><br>    Petitioner,<br><br>vs.<br><br>JANET NAPOLITANO, et al.,<br><br>    Respondents. | Case No. CV 13-0195-RGK (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice to the filing of a new habeas petition once the 90-day removal period has expired.

DATED: MAY 10 2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE